IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DARRYL ALLMOND,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D14-2922

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed July 30, 2014.

An appeal from the Circuit Court for Duval County.
David C. Wiggins, Judge.

Darryl Allmond, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

     DISMISSED.

LEWIS, C. J., BENTON and MARSTILLER, JJ., CONCUR.